IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01540-TPO

RAUL FLORES GUARDA,

      Petitioner,

v.

JUAN BALTAZAR, Warden,
Aurora ICE Processing Center,

GEORGE VALDEZ, Field Office Director,
Aurora Field Office of Enforcement and Removal Operations,
U.S. Immigration and Customs Enforcement,

TODD LYONS, Acting Director,
Immigration and Customs Enforcement,

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security,

and

TODD BLANCHE, U.S. Attorney General,

in their official capacities,

      Respondents.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on June 1, 2026.**

This Court granted Petitioner's habeas corpus petition [ECF 12], and the Parties later filed a Joint Status Report [ECF 15] reporting that Petitioner was released from custody. There is no need to take further action in this case.

The Clerk of Court shall **close** this case and shall enter Final Judgment in Petitioner's favor.